ORIGINAL

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT |
| --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA<br>v.<br>**ROBERT McMANAMY** | DOCKET NO. **12 MAG 900**    MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**ROBERT McMANAMY** |
| WARRANT ISSUED ON THE BASIS OF: Order of Court<br>Indictment    Information    X Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Felon in possession of a firearm

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>922(g)(1) and 924(a)(2) |
| --- | --- | --- |

| BAIL | OTHER CONDITIONS OF RELEASE | |
| --- | --- | --- |
| ORDERED BY<br>**MAG. JUDGE DAVISON** | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>4/3/12 |
| CLERK OF COURT<br>Ruby J. Krajick | (BY) DEPUTY CLERK | DATE ISSUED<br>4/3/12 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>04/03/12 | NAME AND TITLE OF ARRESTING OFFICER<br>ROBERT SOUVERAS<br>SPECIAL AGENT, ATF | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE EXECUTED<br>04/04/12 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.