| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X | FILENAME - P:\CRD FORMS\ MEDICAL FORM (Rev.5/09) |

United States of America
                              Government,

        -against-

Robert McManamy
                              Defendant(s)
-----------------------------------------------------------X

## *MEDICAL FORM*

Before Judge : **Paul E. Davison, U.S.M.J**

Case Number:   12 M 900

**TO THE WARDEN:**

    The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail. The following information requiring your attention was disclosed to the court. The court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

The defendant reports that he suffers for Barretts Disease and takes Nexium 40 mg daily. He also indicated that he suffers from neck and back pain as a result of an injury sustained while working and takes pain medication. The Court requests that the defendant receive medical attention.

Dated: 4/5/12
White Plains, NY

                              SO ORDERED: _____
                                           Paul E. Davison
                                           United States Magistrate Judge
                                           Southern District of New York