*Indictment filed 8/16/12*
*5 min courtflow*

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                            :     INDICTMENT

ROBERT McMANAMY,                   :     12 Cr. 631

         Defendant.           :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/12

## COUNT ONE

The Grand Jury charges:

1. On or about August 8, 2011, in the Southern District of New York, ROBERT McMANAMY, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce firearms, to wit, (1) a Kimber Ultra Carry II pistol; (2) a Taurus Judge .45 caliber .410 shotgun shell revolver; and (3) a Mossberg 500 Mariner 12 gauge shotgun, each of which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).)

## COUNT TWO

The Grand Jury further charges:

2. On or about August 8, 2011, in the Southern District of New York, ROBERT McMANAMY, the defendant, having been convicted of a felony that is a crime of violence as defined in Title 18, United States Code, Section 16, knowingly did purchase,

own, and possess body armor, to wit, (1) a PACA brand ballistic vest, and (2) two Point Blank brand ballistic vests.

(Title 18, United States Code, Sections 931 and 924(a)(7).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney